WILLIAM M. RUBENDALL, State Bar No. 806l6
LAW OFFICES OF WILLIAM M. RUBENDALL
80a Augusta Court
Concord, California 94518
Telephone (925)827-2272
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:                                )   Case No. 08-42370 EDJ13
                                      )
**Bessie Sholes**                     )   Chapter 13
                                      )
                                      )   **MOTION TO RECONSIDER THE DISMISSAL**
            Debtor.                   )   **OF CHAPTER 13 CASE.**
                                      )

      COMES NOW the Debtor, Bessie Sholes, through her attorney, William M. Rubendall, would show the court the following:

      1. Debtor filed a petition for relief under Chapter 13 of the title 11 of the United States Code on May 12, 2008.

      2. The case was dismissed effective 15 days from August 11, 2008. However, the Court stated that it would reconsider the dismissal provided that ALL of the following were done:

          a. debtor to provide proof to the trustee that her tax returns for the years 2002-2006 were filed;

          b. that her self employment estimated taxes were paid;

          c. that both her contractor's license and bond were reinstated;

          d. that she had insurance in effect;

          e. that her post petition mortgage payment was made.

      3. Debtor has provided my office with proof of all of the above and I have transmitted these documents by e-mail to the trustee's office along with a copy of this motion. An Amended Plan has been prepared and will be filed August 26, 2008..

1     Wherefore, Debtor prays that the Court reconsider the dismissal and confirm the
2 amended plan as filed.

4 Dated: 8-25-08                                  /sWilliam M. Rubendall
5                                              William M. Rubendall
                                                Attorney for Debtor

- 2 -